```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 13821
    ROBERT JOHNSON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-6688

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/01/2007 and was not confirmed.

     The case was transfer to marilyn marshall 08/31/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------
HOMEQ SERVICING CORP       UNSECURED          360453.81          .00           .00
WELLS FARGO                SECURED NOT I           .00           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED             872.07          .00           .00
FIRST PREMIER              UNSECURED          NOT FILED          .00           .00
PRO SE DEBTOR              DEBTOR ATTY            .00                          .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------      --------------
TOTALS                       .00                     .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 12/13/07           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```